O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | SA 09-78M |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (18 U.S.C. § 3142(i)) |
| VICTORIA GARCIA GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

     (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. ( X ) serious risk defendant will flee;

   2. ( ) serious risk defendant will

     a. ( ) obstruct or attempt to obstruct justice;

     b. ( ) threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  ( X )    appearance of defendant as required; and/or

B.  (  ) safety of any person or the community;

## III.

The Court has considered:

A.  ( x ) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  (  ) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A.  (  ) Defendant poses a risk to the safety of other persons or the community because:


B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

   **Defendant is undocumented.  He has no ties to the community and no bail resources.**


C.  (  ) A serious risk exists that defendant will:

   1. (  )   obstruct  or  attempt to  obstruct  justice;

   2. (  )   threaten, injure or intimidate a witness/ juror; because:


D.  (  ) Defendant  has  not  rebutted  by  sufficient  evidence  to  the  contrary  the  presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

8  Dated: March 4, 2009

    _____

10  Marc L. Goldman
    U.S. Magistrate Judge